HENRY GALLAGHER, Respondent, *v.* THE GRAND TRUNK RAILWAY, of Canada, Appellant.

(Submitted June 10, 1891; decided October 6, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order

made June 1, 1889, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Martin W. Cooke* for respondent.

Agree to affirm, on opinion of BRADLEY, J., in *Jennings* v. *Grand Trunk Roilway Company* (*ante*, page 438).
All concur, FOLLETT Ch. J  in result.
Judgment affirmed.